# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURACLE HOMES, LLC; FD MANAGEMENT, LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL, LLC; 216 EAST MAIN STREET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND, HABERFELD ENTERPRISES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NED LAMONT <br><br> Defendant. | Case No. _____ <br><br><br> JUNE 16, 2020 |

## PLAINTIFFS' MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE, ISSUANCE OF A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, the Plaintiffs in the above entitled action hereby seek an emergency temporary restraining order or, in the alternative, the issuance of a preliminary injunction against the Defendant's illegal, unconstitutional and *ultra vires* Executive Orders.

As more fully set forth in the Plaintiffs' accompanying Memorandum of Law in support of this Motion, the Plaintiffs seek immediate preliminary relief to enjoin the enforcement of the challenged measures of Executive Order 7G and Executive Order 7X because such Orders, undertaken under color of law, illegally deprive the Plaintiffs of their Constitutional right to private contract, right to due process of law, right to equal protection under the law, and right against having their property taken for public use without just compensation. Further, the relevant portions of Executive Order 7X are also outside the

scope of the Defendant's constitutional and statutory authority, and are therefore *ultra vires*. As a result of the ongoing injuries the Defendant's Orders are imposing on the Plaintiffs and others like them, the Plaintiffs move for a temporary restraining order or in the alternative, a preliminary injunction. Expedited consideration is necessary because the harm to Plaintiffs is occurring now, and it is irreparable.

Dated: JUNE 16, 2020

Respectfully submitted,

*/s/Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

*/s/Doug Dubitsky*
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com

*/s/Cara Christine Pavalock-D'Amato*
Cara Christine Pavalock-D'Amato, Esq.
(ct29967)
LAW OFFICE OF CARA C. PAVALOCK
17 Riverside Avenue
Bristol, CT 06010
Telephone: 754.444.8803
Email: carapavalock@gmail.com
Attorneys for the Plaintiffs