# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURACLE HOMES, LLC; FD MANAGEMENT LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL, LLC; 216 EAST MAIN STREET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND, HABERFELD ENTERPRISES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>NED LAMONT<br><br>    Defendant. | Case No. _____<br><br><br>JUNE 16, 2020 |

## PROPOSED ORDER REGARDING PLAINTIFFS' MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER, OR, IN THE ALTERNATIVE, ISSUANCE OF A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. Pro. 65, the Court grants the Plaintiffs' Motion for Emergency Temporary Restraining Order, or, in the Alternative, Issuance of a Preliminary Injunction as follows:

1. The Defendant and all governmental agencies, departments, political subdivisions, under the Defendants' authority or direction, are hereby restrained, are enjoined and prohibited from taking any action to enforce Executive Order 7X to sanction, charge, punish or penalize any Landlord for failing or refusing to follow or abide by such Executive Order.

2. The Defendant shall issue Executive Orders which modify Executive Orders 7G and 7X so as to provide the Plaintiffs and those like them a process under which to issue

Notices to Quit, to initiate and pursue summary process eviction actions, and to proceed with execution of eviction judgments.

3. The Defendant shall issue Executive Orders which repeal the remaining portions of Executive Order 7G and 7X that are outside the scope of the legal authority of the Defendant Governor.

Dated: JUNE 16, 2020               Respectfully submitted,

　　　/s/ *Craig C. Fishbein*　　　
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

　　　/s/ *Doug Dubitsky*　　　
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com

　　　/s/ *Cara Christine Pavalock-D'Amato*　　　
Cara Christine Pavalock-D'Amato, Esq.
(ct29967)
LAW OFFICE OF CARA C. PAVALOCK
17 Riverside Avenue
Bristol, CT 06010
Telephone: 754.444.8803
Email: carapavalock@gmail.com

Attorneys for the Plaintiffs