# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURACLE HOMES, LLC; FD MANAGEMENT, LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL LLC; 216 EAST MAIN STREET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND, HABERFELD ENTERPRISES, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NED LAMONT<br><br>　　　　Defendant. | Case No. 3:20-cv-00829-VAB<br><br>**STATUS REPORT**<br>RE: SERVICE OF PROCESS AND NOTICE<br><br><br>JUNE 17, 2020 |

It is the understanding of the undersigned that, on this date, the Defendant was served. It is expected that the Return of Service will be filed tomorrow.

Dated: JUNE 17, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Craig C. Fishbein*
　　　　　　　　　　　　　　　　　　　Craig C. Fishbein, Esq.
　　　　　　　　　　　　　　　　　　　(ct25142)
　　　　　　　　　　　　　　　　　　　FISHBEIN LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　　100 South Main Street
　　　　　　　　　　　　　　　　　　　P.O. Box 363
　　　　　　　　　　　　　　　　　　　Wallingford, Connecticut 06492
　　　　　　　　　　　　　　　　　　　Telephone: 203.265.2895
　　　　　　　　　　　　　　　　　　　Facsimile: 203.294.1396
　　　　　　　　　　　　　　　　　　　E-mail: ccf@fishbeinlaw.com

　　　　　　　　　　　　　　　　　　　　*/s/ Doug Dubitsky*
　　　　　　　　　　　　　　　　　　　Doug Dubitsky, Esq.
　　　　　　　　　　　　　　　　　　　(ct21558)
　　　　　　　　　　　　　　　　　　　LAW OFFICES OF DOUG DUBITSKY
　　　　　　　　　　　　　　　　　　　P.O. Box 70
　　　　　　　　　　　　　　　　　　　North Windham, CT 06256

Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com

*/s/ Cara Christine Pavalock-D'Amato*
Cara Christine Pavalock-D'Amato, Esq.
(ct29967)
LAW OFFICE OF CARA C. PAVALOCK
17 Riverside Avenue
Bristol, CT 06010
Telephone: 754.444.8803
Email: carapavalock@gmail.com

Attorneys for the Plaintiffs

## CERTIFICATION

I hereby certify that on June 17, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com