**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| AURACLE HOMES, LLC; FD MANAGEMENT, LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL, LLC; 216 EAST MAIN STREEET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND HABERFELD ENTERPRISE, LLC,   *Plaintiffs,* | : : : : : : : : : : | CIVIL ACTION NO.  3:20-CV-829(VAB) |
| v. | : : | |
| NED LAMONT   *Defendant* | : : | JUNE 19, 2020 |

## **APPEARANCE**

### **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in addition to Philip Miller as counsel for the Defendant in his official capacity in the above-captioned case.

Dated at Hartford, Connecticut, this 19$^{9h}$ day of June, 2020.

                                                          DEFENDANT

                                                          NED LAMONT

                                                          WILLIAM TONG
                                                          ATTORNEY GENERAL

BY:    */s/ Maria C. Rodriguez*
          Maria C. Rodriguez
          Assistant Attorney General
          Federal Bar No. ct08946
          165 Capitol Avenue, 4th Floor
          Hartford, CT  06106
          Tel: (860) 808-5050
          Fax: (860) 808-5388
          Email: Mariac.rodriguez@ct.gov

## **CERTIFICATION**

I hereby certify that on June 19th, 2020, a copy of the foregoing appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/ *Maria C. Rodriguez*
Maria C. Rodriguez
Assistant Attorney General
Federal Bar No. ct08946
165 Capitol Avenue, 4th Floor
Hartford, CT  06106
Tel: (860) 808-5050
Fax: (860) 808-5388
Email: Mariac.rodriguez@ct.gov