State of Connecticut}

          } SS: Southington          June 17, 2020

County of Hartford}

Then and there by virtue hereof at the direction of the plaintiff /plaintiff's attorney I left an attested true copy of the within Summons in A Civil Case, Complaint, Prayer for Relief, Exhibit A Plaintiffs Motion for Emergency Temporary Restraining Order or in the Alternative, Issuance of a Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order, or in the Alternative, Issuance of a Preliminary Injunction, , Exhibit A, B and C, Declaration of David Habberfeld Regarding Auracle Homes, LLC, Declaration of David Habberfeld, Duly Authorized Member, Buckley Farms. LLC, Declaration of Jay Sheth, Duly Authorized Member of Orange Capitol, LLC, Declaration of Jay Sheth, Duly Authorized Member of 216 East Main Street Meriden, LLC. Declaration of David Candelora, Managing Member of BD Property Holdings, LLC, Declaration of David Habberfeld Managing Member Habberfeld Enterprises, LLC, Proposed Order Regarding Plantiffs' Motion for Emergency Temporary Restraining Order or in the Alternative, Issuance of a Preliminary Injunction , Order on Pre-trail Deadlines, Electronic Filing Order, Standing Protective Order, Notice to Counsel and Self-Represented Parties and Order RE: Disclosure Statement with and in the hands of Ned Lamont, c/o Eric T. Lohr, Associate Attorney General, 165 Capitol, Avenue, Hartford, CT 06106-0120.

And thereafter, on **June 18, 2020**, I left an attested true copy of the within Summons in A Civil Case, Complaint, Prayer for Relief, Exhibit A Plaintiffs Motion for Emergency Temporary Restraining Order or in the Alternative, Issuance of a Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order, or in the Alternative, Issuance of a Preliminary Injunction, , Exhibit A, B and C, Declaration of David Habberfeld Regarding Auracle Homes, LLC, Declaration of David Habberfeld, Duly Authorized Member, Buckley Farms. LLC, Declaration of Jay Sheth, Duly Authorized Member of Orange Capitol, LLC, Declaration of Jay Sheth, Duly Authorized Member of 216 East Main Street Meriden, LLC. Declaration of David Candelora, Managing Member of BD Property Holdings, LLC, Declaration of David Habberfeld Managing Member Habberfeld Enterprises, LLC, Proposed Order Regarding Plantiffs' Motion for Emergency Temporary Restraining Order or in the Alternative, Issuance of a Preliminary Injunction , Order on Pre-trail Deadlines, Electronic Filing Order, Standing Protective Order, Notice to Counsel and Self-Represented Parties and Order RE: Disclosure Statement at the usual place of abode of the within named defendant, Ned Lamont, 990 Prospect Avenue, Hartford, CT 06105.

The within is the original within Summons in A Civil Case, Complaint, Prayer for Relief, Exhibit A Plaintiffs Motion for Emergency Temporary Restraining Order or in the Alternative, Issuance of a Preliminary Injunction, Memorandum of Law in Support of Plaintiffs' Emergency Motion for Temporary Restraining Order, or in the Alternative, Issuance of a Preliminary Injunction, , Exhibit A, B and C, Declaration of David Habberfeld Regarding Auracle Homes, LLC, Declaration of David Habberfeld, Duly Authorized Member, Buckley Farms. LLC, Declaration of Jay Sheth, Duly Authorized Member of Orange Capitol, LLC, Declaration of Jay Sheth, Duly Authorized Member of 216 East Main Street Meriden, LLC. Declaration of David Candelora, Managing Member of BD Property Holdings,

<u>LLC, Declaration of David Habberfeld Managing Member Habberfeld Enterprises, LLC, Proposed Order Regarding Plantiffs' Motion for Emergency Temporary Restraining Order or in the Alternative, Issuance of a Preliminary Injunction</u>, Order on Pre-trail Deadlines, Electronic Filing Order, Standing Protective Order, Notice to Counsel and Self-Represented Parties and Order RE: Disclosure Statement with my doings here on endorsed.

ATTEST: _____

Dennis Conroy
Connecticut State Marshal
Indifferent Person

FEES:
| | |
|---|---|
| Service | $80.00 |
| Copies | 264.00 |
| Endorsement | 105.60 |
| Travel | <u>40.83</u> |
| Total | $490.43 |