UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AURACLE HOMES, LLC; FD MANAGEMENT, LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL, LLC; 216 EAST MAIN STREEET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND HABERFELD ENTERPRISE, LLC, *Plaintiffs,* | : : : : : : : : : : | CIVIL ACTION NO. 3:20-CV-829(VAB) |
| v. | : : | |
| NED LAMONT *Defendant* | : : | JUNE 24, 2020 |

## **APPEARANCE**

### **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the Defendant in his individual capacity in the above-captioned case.

Dated at Hartford, Connecticut, this 24th day of June, 2020.

                                                          DEFENDANT

                                                          NED LAMONT

                                                          WILLIAM TONG
                                                          ATTORNEY GENERAL

BY:    */s/ Philip Miller*_____
           Philip Miller
           Assistant Attorney General
           Federal Bar No. ct25056
           165 Capitol Avenue, 5th Floor
           Hartford, CT  06106
           Tel: (860) 808-5020
           Fax: (860) 808-5347
           Email: Phil.Miller@ct.gov

## **CERTIFICATION**

I hereby certify that on June 24th, 2020, a copy of the foregoing appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Philip Miller*
Phil Miller
Assistant Attorney General
Federal Bar No. ct25056
165 Capitol Avenue, 5th Floor
Hartford, CT  06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Email: Phil.Miller@ct.gov