# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURACLE HOMES, LLC; FD MANAGEMENT, LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL, LLC; 216 EAST MAIN STREET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND, HABERFELD ENTERPRISES, LLC, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>NED LAMONT <br><br>　　　　Defendant. | Case No. 3:20-CV-829 (VAB) <br><br>**OBJECTION TO MOTION FOR LEAVE TO FILE AMICUS BRIEF** <br><br><br>**JULY 17, 2020** |

　　　　Plaintiffs hereby file this Objection to the filing of the Brief of Amici, by Greater Hartford Legal Aid, et. al, and state as follows:

　　　　On July 15, 2020 at 9:51 a.m., Plaintiffs' counsel first received notice that several third party organizations (hereinafter referred to as the "Housing Organizations") were requesting permission to file an amicus brief in support of the Defendant, and were seeking Plaintiffs' position on said prospective filing. Plaintiffs' counsel has been diligently working their rebuttal which is due today.

　　　　Later that same day, at approximately 6:30p.m., and prior to Plaintiffs' counsel being able to confer with their clients as to the third party request and to respond, the Housing Organizations nonetheless filed their motion and prospective amicus brief.

　　　　The amicus brief gives the Defendant an unjust advantage based upon its timing, which is just 5 days before hearing on Plaintiffs' motion. It was filed by 15 attorneys, any one

of whom could have contacted Plaintiffs' counsel since the filing of the complaint to notify of their intent to file a brief but instead chose wait until the last minute, foreclosing the Plaintiffs from any real opportunity to review and respond. The implied notions of fairness and opportunity are ignored by the last-minute filing of this brief – ironically the same concepts that these organizations claim to seek to protect.

WHEREFORE, the Plaintiffs object to this court considering the amicus brief filed by the Housing Organizations, as fairness and justice so dictate.

July 17, 2020                                    Respectfully submitted,

       /s/ Craig C. Fishbein
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com

       /s/ Doug Dubitsky
Doug Dubitsky, Esq.
(ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Telephone: 860.933.9495
Facsimile: 866.477.1120
Email: doug@lawyer.com

       /s/ Cara Christine Pavalock-D'Amato
Cara Christine Pavalock-D'Amato, Esq.
(ct29967)
LAW OFFICE OF CARA C. PAVALOCK
17 Riverside Avenue
Bristol, CT 06010

        Telephone: 754.444.8803
        Email: carapavalock@gmail.com

        Attorneys for the Plaintiffs


## CERTIFICATION

I hereby certify that, on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 17, 2020                */s/ Craig C. Fishbein*
        Craig C. Fishbein, Esq.
        (ct25142)
        FISHBEIN LAW FIRM, LLC
        100 South Main Street
        P.O. Box 363
        Wallingford, Connecticut 06492
        Telephone: 203.265.2895
        Facsimile: 203.294.1396
        E-mail: ccf@fishbeinlaw.com
        *Attorney for Plaintiff*