## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AURACLE HOMES, LLC., ET AL. | : | CIVIL ACTION NO.  3:20-CV-829(VAB) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| NED LAMONT | : | |
| *Defendant* | : | JULY 20, 2020 |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The defendant, Ned Lamont, pursuant to Local Rule 7(b), through counsel, hereby requests an extension of time of thirty (30) days after the  Court issues its ruling on the Plaintiffs' Emergency Motion for Temporary Restraining Order or in the Alternative, Issuance of Preliminary Injunction, in which to file an answer or responsive pleading in the above-captioned matter.  In support of this motion, the Defendant represents as follows:

1. The plaintiffs filed a Complaint on June 16, 2020.  (Doc. # 1).

2. The plaintiffs filed Plaintiffs' Motion for Emergency Temporary Restraining Order, or, in the Alternative Issuance of a Preliminary Injunction and a memorandum of law in support also on June 16, 2020. (Doc. #s 2 & 3)

3. The defendant was served on June 17, 2020.

4. The plaintiffs filed an Amended Complaint on June 20, 2020.  (Doc. # 23).

5. The defendant filed a brief in opposition to the plaintiffs' motion on July 10, 2020. (Doc. #27).

6. The current deadline to file a responsive pleading is July 21, 2020.

7. The court has scheduled a motion hearing on July 22, 2020.

8. The Plaintiff will not be prejudiced by the delay.

9.      Pursuant to Local Rule 7(b), the undersigned contacted Plaintiffs' counsel, Craig Fishbein, via email, and he has authorized the undersigned to represent he has NO OBJECTION to this motion.

10.     This is the defendants' first motion for an extension of time regarding the filing of a responsive pleading.


WHEREFORE, the defendants respectfully request a 30-day extension of time from the date the Court issues its ruling Plaintiffs' Motion for Emergency Temporary Restraining Order, or, in the Alternative Issuance of a Preliminary Injunction, in which to file a responsive pleading to the Amended Complaint.


DEFENDANT

NED LAMONT

WILLIAM TONG
ATTORNEY GENERAL

BY:     */s/ Maria C. Rodriguez*__
        Maria C. Rodriguez (ct08946)
        Philip Miller (ct25056)
        Assistant Attorneys General
        Attorney General's Office
        165 Capitol Avenue, 4th Floor
        Hartford, CT  06106
        Tel: (860) 808-5050
        Fax: (860) 808-5388
        Email: Mariac.rodriguez@ct.gov
        Email: Philip.Miller@ct.gov

## **CERTIFICATION**

I hereby certify that on July 20, 2020, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system.  Parties may access this filing through the Court's system.

*/s/ Maria C. Rodriguez*
 Maria C. Rodriguez
 Assistant Attorneys General
 Federal Bar No. ct08946
 Attorney General's Office
 165 Capitol Avenue, 4th Floor
 Hartford, CT  06106
 Tel: (860) 808-5050
 Fax: (860) 808-5388
 Email: Mariac.rodriguez@ct.gov