# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURACLE HOMES, LLC; FD MANAGEMENT, LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL, LLC; 216 EAST MAIN STREET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND, HABERFELD ENTERPRISES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NED LAMONT<br><br>Defendant. | 3:20-cv-00829-VAB<br><br>**NOTICE**<br><br>JULY 20, 2020 |

The undersigned hereby represent that there will be no additional witness testimony nor additional evidence presented to the Court at the hearing on Wednesday, July 22, 2020.

Dated: JULY 20, 2020                    Respectfully submitted,

                                                                        */s/ Craig C. Fishbein*
Craig C. Fishbein, Esq. (ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
E-mail: ccf@fishbeinlaw.com

                                                                        */s/ Doug Dubitsky*
Doug Dubitsky, Esq. (ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70

North Windham, CT 06256
Telephone: 860.933.9495

Email: doug@lawyer.com

*/s/ Cara Christine Pavalock-D'Amato*
Cara Christine Pavalock-D'Amato, Esq.
(ct29967)
LAW OFFICE OF CARA C. PAVALOCK
17 Riverside Avenue
Bristol, CT 06010
Telephone: 754.444.8803
Email: carapavalock@gmail.com

Attorneys for the Plaintiffs


*/s/ Maria C. Rodriguez*
Maria C. Rodriguez Assistant Attorney General
Federal Bar No. ct08946
165 Capitol Avenue,
4th Floor Hartford, CT 06106
Tel: (860) 808-5050
Fax: (860) 808-5388
Email: Mariac.rodriguez@ct.gov


*/s/ Philip Miller*
Phil Miller
Assistant Attorney General
Federal Bar No. ct25056
165 Capitol Avenue,
5th Floor Hartford, CT 06106
Tel: (860) 808-5020
Fax: (860) 808-5347
Email: Phil.Miller@ct.gov

Attorneys for the Defendant

## **CERTIFICATION**

I hereby certify that, on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 20, 2020     /s/ *Craig C. Fishbein*
Craig C. Fishbein, Esq.
(ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
Telephone: 203.265.2895
Facsimile: 203.294.1396
E-mail: ccf@fishbeinlaw.com
*Attorney for Plaintiff*