# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURACLE HOMES, LLC; FD MANAGEMENT, LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL, LLC; 216 EAST MAIN STREET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND, HABERFELD ENTERPRISES, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>NED LAMONT<br><br>  Defendant. | **Case No. 3:20-cv-00829 (VAB)**<br><br><br><br>JULY 20, 2020 |

### PLAINTIFFS' REVISED PROPOSED ORDER
### RE: EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, ISSUANCE OF PRELIMINARY INJUNCTION

1. That the Defendant take such action(s) necessary so that Connecticut state courts are no longer precluded by Executive Order 7G, from procedurally addressing, as well as issuing and effectuating Judgment in, residential housing summary process actions instituted prior to the Defendant's Declaration(s) of Public Health Emergency and Civil Preparedness (March 10, 2020);

2. That the Plaintiffs, and those similarly situated, be lawfully permitted, once again, to serve a Notice to Quit Possession (without qualification) upon tenants;

3. That the Plaintiffs, and those similarly situated, be lawfully permitted, once again, to serve and return a summary process action, to court;

4. That the Defendant take such action(s) necessary so that Connecticut state courts are no longer precluded by Executive Order 7G, from adjudicating, as well as issuing and effectuating Judgment in, residential housing summary process actions instituted after the Defendant's Declaration(s) of Public Health Emergency and Civil Preparedness (March 10, 2020); and,

5. Since the above would likely call for modifications to Executive Orders 7G, 7X, and 7DDD, counsel for the Defendant would need to work together with counsel for the Plaintiff over the next 48 hours, to draft acceptable modifications to those Executive

Orders, with the ability of either side to ask for a status conference should the parties be unable to agree upon appropriate language to meet the intent of the above.

Dated: JULY 20, 2020               Respectfully submitted,

                                     */s/Craig C. Fishbein*
                                   Craig C. Fishbein, Esq.
                                   (ct25142)
                                   FISHBEIN LAW FIRM, LLC
                                   100 South Main Street
                                   P.O. Box 363
                                   Wallingford, Connecticut 06492
                                   Telephone: 203.265.2895
                                   E-mail: ccf@fishbeinlaw.com

                                     */s/Doug Dubitsky*
                                   Doug Dubitsky, Esq.
                                   (ct21558)
                                   LAW OFFICES OF DOUG DUBITSKY
                                   P.O. Box 70
                                   North Windham, CT 06256
                                   Telephone: 860.933.9495
                                   Facsimile: 866.477.1120
                                   Email: doug@lawyer.com

                                     */s/Cara Christine Pavalock-D'Amato*
                                   Cara Christine Pavalock-D'Amato, Esq.
                                   (ct29967)
                                   LAW OFFICE OF CARA C. PAVALOCK
                                   17 Riverside Avenue
                                   Bristol, CT 06010
                                   Telephone: 754.444.8803
                                   Email: carapavalock@gmail.com

                                   Attorneys for the Plaintiffs