```
            STATE OF CONNECTICUT
               JUDICIAL BRANCH
           RULES COMMITTEE MEETING
             (held telephonically)

            JUSTICE ANDREW McDONALD
             and committe members


                MARCH 29, 2020
```

JOHN McILHONEY

TRANSCRIPTIONIST

```
 1              chief court administrator to sort of frame the
 2              context of where we are and what is being asked of
 3              the rules committee today.  Judge -- Judge Carroll.
 4                   JUDGE CARROLL:  Thank you very much, Justice
 5              McDonald.  Good morning, everyone.  And thank you
 6              for participating this morning.  I too want to
 7              thank Joe Del Ciampo and his remarkable legal
 8              services unit for the incredible work that they've
 9              been doing for us, not just over the weekend but
10              since this Corona virus emergency emerged.
11                   I also want to thank Justice McDonald for --
12              for stepping in full speed ahead with us and
13              helping us move forward on this important
14              initiative.
15                   I don't have to tell you that these are
16              extraordinary times and they really do require
17              extraordinary measures from the judicial branch.
18              As the Corona crisis emerged, we in the
19              administrative office of the judicial branch went
20              into a 24/7 emergency operations mode.  We've been
21              working in concert with the governor's emergency
22              response team, particularly the governor's general
23              counsel's office, to quickly and effectively
24              address the myriad of issues that have arisen and
25              no doubt will continue to surface.
26                   We were the first in state government to take
27              proactive steps to shrink our footprint, both in
```

1        terms of business we do and where we do it.  We
2        were able to quickly persuade the governor to issue
3        our requested emergency order suspending statutes
4        of limitations and other time-sensitive provisions
5        of the statutes.  Now we are asking all of you to
6        do the same with respect to certain provisions of
7        the *Practice Book*.
8             Now, I know that these types of drastic
9        proposals would routinely require extensive
10       discussion, debate, and deliberations.  I'm here
11       this morning to tell you that we don't have time
12       for such extensive debate, discussion, and
13       deliberation.  We need to move swiftly.
14            We are making adjustments to what we do and
15       how we do it by the hour.  I simply need your help.
16       I need your support.  We need solidarity at this
17       time.
18            I think Justice McDonald mentioned that Monte
19       Frank from the CBA and Paul Slater may have joined
20       us from the CTLA are here on the line -- here on
21       the line.  And they've been remarkably supportive.
22       And they've been remarkably supportive and
23       completely sensitive to the challenges that we're
24       facing in the branch.  We are prioritizing the
25       concerns of the bar in all of our divisions: civil,
26       family, criminal, and juvenile.  And we have
27       already commenced contingency planning to determine