# CT JUDICIAL BRANCH CONTINUES TO EXPAND COURT OPERATIONS
## July 1, 2020



Effective Monday, July 20, the Judicial Branch is planning to resume some court operations in the following eight courthouse locations:

- Geographical Area No. 2 courthouse at 172 Golden Hill St. in Bridgeport;

- The Community Court and Housing Sessions courthouse at 80 Washington St. in Hartford;

- The Judicial District at Meriden courthouse at 54 W. Main St. in Meriden;

- The Judicial District at Norwich courthouse at 1 Courthouse Square in Norwich;

- The Judicial District at Waterbury courthouse at 300 Grand St. in Waterbury;

- The Judicial District at Hartford courthouse at 95 Washington St. in Hartford;

- The Judicial District at Tolland courthouse at 69 Brooklyn St. in Rockville;

- The Judicial District courthouse at 90 Washington St. in Hartford.

This expansion of operations will bring the number of courthouses where operations are currently being conducted to 25.  This plan will help alleviate congestion in currently open court locations, and it will facilitate compliance with social distancing requirements.

Please also note that commencing on July 6, currently open courthouse locations will be open to the public from 9 a.m. to 5 p.m., Mondays through Fridays.

An expansive range of civil, criminal, family and juvenile proceedings are now being processed both by remote technology and within our open facilities.  Pursuant to the Governor's Executive Order extending the residential eviction moratorium to Aug. 25, residential eviction matters are not currently being processed by the courts. Judicial Branch officials are also currently attempting to



1

develop strategies to safely resume jury trials in courthouses.

"We continue to expand the ability of the Judicial Branch to resolve matters brought before it, both physically within our courthouses and by use of remote technology. We are simultaneously doing all we are able to do to mitigate the spread of the COVID-19 virus and protect the health and safety of the public, the bar, and our employees and judges," Chief Court Administrator Judge Patrick L. Carroll III said.

**Please note that anyone entering a court facility must wear a face mask covering their mouth and nose. In addition, to allow for adequate social distancing, the number of people allowed into a courthouse, courtroom, office, lobby or corridor, may be limited.**