# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

AURACLE HOMES, LLC; FD MANAGEMENT, LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL, LLC; 216 EAST MAIN STREET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND, HABERFELD ENTERPRISES, LLC,

     Plaintiffs,

v.

NED LAMONT

     Defendant.

**Case No.** 3:20-cv-00829-VAB

OCTOBER 26, 2020

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

The plaintiffs in the above-entitled action, pursuant to Local Rule 7(b), through counsel, hereby requests an extension of time of thirty (30) days in which to file a brief responsive the defendant's October 5, 2020 Motion to Dismiss. In support of this motion, the plaintiffs represent as follows:

1. The defendant filed his Motion to Dismiss on October 5, 2020. (Doc. #44).

2. The current deadline to file a responsive brief is October 26, 2020.

3. The plaintiffs' counsel are tied up with hearings and trials in other state and federal matters and need the additional time or properly respond to the defendant's motion.

4. This motion for extension of time was not filed at least three days before the original deadline because plaintiffs' counsel was tied up in trial and hearing preparation and was unable to get this motion filed.

5. The undersigned plaintiffs' counsel, Doug Dubitsky, contacted defendant's counsel, Maria Rodriguez, via email, and she has authorized the undersigned to represent she has NO OBJECTION to this motion.

6. This is the plaintiffs' first motion for an extension of time regarding this deadline.

WHEREFORE, for good cause shown, the plaintiffs respectfully request a 30-day extension of time, to and including November 26, 2020, in which to file a brief responsive to the defendant's Motion to Dismiss.

.

Dated: OCTOBER 26, 2020          Respectfully submitted,

/s/ Craig C. Fishbein
Craig C. Fishbein, Esq. (ct25142)
FISHBEIN LAW FIRM, LLC
100 South Main Street
P.O. Box 363
Wallingford, Connecticut 06492
E-mail: ccf@fishbeinlaw.com

/s/ Doug Dubitsky
Doug Dubitsky, Esq.  (ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Email: doug@lawyer.com

/s/ Cara Christine Pavalock-D'Amato
Cara Christine Pavalock-D'Amato, Esq. (ct29967)
LAW OFFICE OF CARA C. PAVALOCK
17 Riverside Avenue
Bristol, CT 06010
Email: carapavalock@gmail.com

Attorneys for the Plaintiffs

2

## **CERTIFICATION**

I hereby certify that, on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: OCTOBER 26, 2020

*/s/ Doug Dubitsky*
Doug Dubitsky, Esq.  (ct21558)
LAW OFFICES OF DOUG DUBITSKY
P.O. Box 70
North Windham, CT 06256
Email: doug@lawyer.com