# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURACLE HOMES, LLC; FD MANAGEMENT, LLC; BUCKLEY FARMS, LLC; ORANGE CAPITOL, LLC; 216 EAST MAIN STREET MERIDEN, LLC; BD PROPERTY HOLDINGS, LLC; PRIME MANAGEMENT, LLC; AND, HABERFELD ENTERPRISES, LLC, <br><br>         Plaintiffs, <br><br> v. <br><br> NED LAMONT <br><br>         Defendant. | **Case No.** 3:20-cv-00829-VAB <br><br> NOVEMBER 12, 2021 |

## NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the plaintiffs, through counsel, hereby voluntarily dismiss the above-entitled action. In support of this filing, the plaintiffs state as follows:

1. Voluntary dismissal without a court order is appropriate in that the defendant has not served either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

2. Counsel for the defendant has stipulated to the plaintiffs' voluntary dismissal and that such dismissal shall be without fees or costs to any party.

WHEREFORE, the plaintiffs give notice that they are voluntarily dismissing this action.

Dated: NOVEMBER 12, 2021					Respectfully submitted,

							*/s/Craig C. Fishbein*
							Craig C. Fishbein, Esq. (ct25142)
							FISHBEIN LAW FIRM, LLC
							100 South Main Street
							P.O. Box 363
							Wallingford, Connecticut 06492
							E-mail: ccf@fishbeinlaw.com

							*/s/Doug Dubitsky*
							Doug Dubitsky, Esq.  (ct21558)
							LAW OFFICES OF DOUG DUBITSKY
							P.O. Box 70
							North Windham, CT 06256
							Email: doug@lawyer.com

							*/s/Cara Christine Pavalock-D'Amato*
							Cara Christine Pavalock-D'Amato, Esq. (ct29967)
							LAW OFFICE OF CARA C. PAVALOCK
							17 Riverside Avenue
							Bristol, CT 06010
							Email: carapavalock@gmail.com

							*Attorneys for the Plaintiffs*

## **CERTIFICATION**

I hereby certify that, on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: NOVEMBER 12, 2021

                                                   */s/Doug Dubitsky*
                                         Doug Dubitsky, Esq.  (ct21558)
                                         LAW OFFICES OF DOUG DUBITSKY
                                         P.O. Box 70
                                         North Windham, CT 06256
                                         Email: doug@lawyer.com